UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC LAMONT TOMAS,

    Petitioner,                                                        Civil No. 19-cv-12775
                                                                    Hon. Matthew F. Leitman

v.

S.L. BURT,

    Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                                           KINIKIA ESSIX
                                                                          CLERK OF COURT

                                                        By:    s/Holly A. Ryan
                                                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                                              Dated:  September 6, 2022
United States District Judge                                      Detroit, Michigan