UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC LAMONT TOMAS,

       Petitioner,                              Civil No. 19-cv-12775
                                                 Hon. Matthew F. Leitman

v.

S.L. BURT,

       Respondent.

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                     KINIKIA ESSIX
                                                     CLERK OF COURT

                                   By:    s/Holly A. Ryan
                                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                                     Dated:  May 8, 2025
United States District Judge                                Detroit, Michigan